IN THE SUPREME COURT OF TEXAS

 No. 09-0942

 IN RE MARK A. JACOBS, M.D., DEBRA C. GUNN, M.D. AND OBSTETRICAL AND
 GYNECOLOGICAL ASSOCIATES, P.A.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed November
12, 2009, is granted. The trial court orders dated January 23, 2009 and
January 30, 2009, in Cause No. 352,923-401, styled Andre McCoy,
individually and as Permanent Guardian of Shannon Miles McCoy, an
Incapacitated Person vs. Woman's Hospital of Texas, Inc.; CHCA Woman's
Hospital, LP d/b/a Woman's Hospital of Texas; Houston Woman's Hospital
Partner, L.L.C.; Debra C. Gunn, M.D.; Mark A. Jacobs, M.D.; Obstetrical and
Gynecological Associates, P.A.; and James A. Collins, M.D., in the Probate
Court No 2 of Harris County, Texas and the order dated October 20, 2009 in
Cause No. 14-09-00123-CV, styled In re Mark A. Jacobs, M.D., Debra C.
Gunn, M.D., and Obstetrical and Gynecologist Associates, P.A. in the
Fourteenth Court of Appeals of Houston, Texas are stayed pending further
order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., November 30, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 16, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk